

Fish & Richardson P.C.
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402

612 335 5070 main
612 288 9696 fax

October 19, 2015

**John A. Dragseth**
Principal
dragseth@fr.com
612 337 2550  direct

***VIA CM/ECF***

Admiral Daniel E. O'Toole
Chief Executive and Clerk of Court
United States Court of Appeals
 -    Federal Circuit, Room 401
717 Madison Place, N.W.
Washington, DC 20439

Re:   Oral argument in ***Yissum Research Development Company of the Hebrew University of Jerusalem v. Sony Corporation,*** **No. 2015-1342**; *Yissum Research Development Company of the Hebrew University of Jerusalem v. Sony Corporation,* No. 2015-1343; *Respironics, Inc. v. ZOLL Medical Corporation,* No. 2015-1485; and *Rembrandt Social Media, LP v. Facebook, Inc.*, No. 2014-1812

Dear Admiral O'Toole:

Counsel for Appellant Yissum Research Development Company of the Hebrew University of Jerusalem writes regarding oral argument scheduling in the appeals identified above, which are awaiting scheduling.  I am principal counsel in each of those appeals.  I respectfully request that the arguments not be scheduled so as to conflict with each other.

Thank you for your consideration of this request.

Very truly yours,

*/s/ John A. Dragseth*

John A. Dragseth

JAD/jdr

cc:    Counsel of Record (via CM/ECF)

